IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WHITTEN RANCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3007 |
| | ) | |
| v. | ) | |
| | ) | |
| PREMIER ALFALFA, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The records of the court show that on January 14, 2009  (filing no. 3) a text notice was electronically mailed to all counsel of record by the Office of the Clerk as follows:

> TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Plaintiff Whitten Ranch.  Pursuant to Fed. R. Civ. P. 7.1, non-governmental corporate parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.

As of this date, no Statement has been filed.


IT THEREFORE HEREBY IS ORDERED,

Counsel for plaintiff Whitten Ranch shall file the Corporate Disclosure Statement on or before March 17, 2009 or show cause by written affidavit why they cannot comply with the rules of the court.

DATED this 24th day of February, 2009.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge