IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WHITTEN RANCH, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3007 |
| | ) | |
| V. | ) | |
| | ) | |
| PREMIER ALFALFA, Inc., | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the parties' joint stipulation of dismissal with prejudice (filing 37) and Fed. R. Civ. P. 41,

IT IS ORDERED that the above-captioned case is dismissed with prejudice, with each party to pay its own costs.

July 20, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge